UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>        Defendant. | Case No. 1:22-cv-01320<br><br>Judge Timothy J. Kelly |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the Parties' Settlement Agreement executed on January 31, 2023, Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

DATED: January 31, 2023

/s/Mathew D. Hardin (with consent)
Mathew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MathewDHardin@protonmail.com

/s/ Christopher C. Horner
Christopher Cochran Horner,
D.C. Bar #440107
1725 I Street NW, Suite 300
Washington, DC 20006
(202) 262-4458
chris@hornerlaw.com

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

/s/Cristen C. Handley
CRISTEN C. HANDLEY, MO Bar #69114
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-2677
Email: cristen.handley@usdoj.gov

*Counsel for Defendant*